In re GREENE.

Misc. No. 39.

United States Court of Appeals
District of Columbia

Decided Jan. 26, 1944.

William W. Greene, pro se.

Before GRONER, Chief Justice, and EDGERTON and ARNOLD, Associate Justices.

PER CURIAM.

Petitioner has applied to this court for a writ in the nature of a writ of habeas corpus, but since no statute confers upon this court jurisdiction to entertain such an original petition it must be denied. Brosius v. Botkin, 72 App.D.C. 29, 110 F.2d 49.

Petition denied.